UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MEZA ROJO, | Case No. 2:22-cv-02137-JDP (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |
| v. | |
| AMADOR JAIL, *et al.*, | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court;

2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  December 7, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE