# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LUIS ALBERTO MEZA ROJO,                    Case No. 2:22-cv-02137-DAD-JDP (PC)

      Plaintiff,

  v.

AMADOR JAIL, *et al.*,

      Defendants.                    **ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

_____/

Luis Alberto Meza Rojo, Inmate # 80755, a necessary and material witness in a settlement conference in this case on March 14, 2024, is confined in the Amador County Jail, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Thursday, March 14, 2024 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff, Amador County Jail, 700 Court Street, Jackson, California 95642:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   February 7, 2024   

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE