UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO MEZA ROJO,<br><br>   Plaintiff,<br><br>   v.<br><br>AMADOR JAIL, *et al.*,<br><br>   Defendants. | Case No.  2:22-cv-02137-DAD-JDP (PC)<br><br>**ORDER**<br><br>DIRECTING PLAINTIFF TO FILE A RESPONSE WITHIN FOURTEEN DAYS |

   This matter settled on April 23, 2024, after the parties participated in a settlement conference with Judge Cota. ECF No. 28.  Judge Cota ordered the parties to submit a signed stipulation for voluntary dismissal within thirty days of the settlement. *Id.*  On May 23, 2024, defendant filed a status report in which he states that on April 29, 2024, he mailed plaintiff (1) a copy of the stipulated dismissal for signature, (2) a self-addressed stamp envelope, (3) a copy of the court's minute order, and (4) a cover letter to plaintiff requesting that he sign and mail the stipulation for voluntary dismissal back to defendant in the self-addressed stamped envelope provided. ECF No. 29.  As of May 23, 2024, defendant had not received a response from plaintiff, and as of today, the court has not received the stipulated dismissal.

1

Accordingly, plaintiff is ordered to file a response to defendant's status report within fourteen days of this order's issuance. If plaintiff fails to do so, I will recommend that this matter be dismissed. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated:   June 17, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE